# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-00240-01-CR-W-GAF |
| ) | |
| ZACHARY S. KEETER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court are defendant's motions to suppress evidence (Docs. #42, 44). Defendant seeks to suppress his statements and all evidence derived therefrom. Defendant also seeks to suppress all evidence obtained from his cellular telephone.

On March 20, 2018, Chief United States Magistrate Judge Matt W. Whitworth conducted an evidentiary hearing on defendant's motions. On June 21, 2018, Judge Whitworth issued his Report and Recommendation (Doc. 69). Defendant filed his Objections to the Report and Recommendation (Doc. 70) on July 5, 2018.

Upon careful and independent review of the pending motions, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Matt W. Whitworth. Accordingly, it is hereby

ORDERED that defendant's motions to suppress evidence (Docs. #42, 44) are DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 12, 2018